CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 30 2021
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| **JANICE L.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil Action No. 4:19cv00045 |
| v. | ) | |
| | ) | By: Hon. Michael F. Urbanski |
| **ANDREW M. SAUL,** | ) | Chief United States District Judge |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter was referred to the Hon. Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on March 11, 2021, recommending that the Commissioner's motion for summary judgment be denied, the plaintiff's motion for summary judgment be granted, and this matter be remanded to the Commissioner for further proceedings. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendations should be adopted in its entirety.

As such, it is hereby **ORDERED** that:

1: The report and recommendation (ECF No. 22) is **ADOPTED in its entirety**;

2: The Commissioner's motion for summary judgment (ECF No. 19) is **DENIED**;

3: The plaintiff's motion for summary judgment (ECF No. 17) is **GRANTED**;

3: The final decision of the Commissioner is **REVERSED**; and

4:  This matter is **REMANDED** to the Commissioner of further proceedings consistent with this Order and the report and recommendation.

The clerk is directed to forward a copy of this Order to all counsel of record and to strike this matter from the active docket of the court.

It is so **ORDERED**.

Entered:  March 30, 2021

Michael F. Urbanski
Chief U.S. District Judge
2021.03.30 15:48:40
-04'00'

Hon. Michael F. Urbanski
Chief United States District Judge